IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STEPHEN N. CONRAD, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL CASE NO. 2:13-CV-874-WHA |
| | ) | [WO] |
| CHRIS MILES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

The Magistrate Judge entered a Recommendation (Doc. 7) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation of the Magistrate Judge is hereby adopted; Plaintiff's claims against the Tallassee Police Department is DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i); the Tallassee Police Department Jail is DISMISSED as a party to this complaint; and this case is referred back to the Magistrate Judge for additional proceedings.

Done this 6th day of January, 2014.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE